192 So. 922
**Porter SHOULTS v. STATE.**
**5 Div. 70.**

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.